U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUN 11 2013

TONY R. MOORE, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FAYE DUPAS RILEY** | **CIVIL ACTION NO. 6:12-cv-2032** |
| **VS.** | **SECTION P** |
| | **JUDGE HAIK** |
| **OFFICER LARRY BOLDEN, ET AL.** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 10th day of June, 2013.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE